GEOFFREY F. GEGA, ESQ. (SBN 91980)
LARA O'BRIEN, ESQ. (SBN 177394)
KATHLEEN E. ALPARCE, ESQ. (SBN 230935)
COOK BROWN, LLP
1851 EAST FIRST STREET, SUITE 1440
SANTA ANA, CA 92705-4044
TELEPHONE NO.: 714-542-1883
FACSIMILE NO.: 714-542-1009
Email:  ggega@cookbrown.com
        lobrien@cookbrown.com
        kalparce@cookbrown.com

Attorneys for Respondent,
D'Arrigo Bros. Co. of California

**GRANTED**
Paul S. Grewal
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE COURTHOUSE

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant,<br><br>v.<br><br>D'ARRIGO BROS. CO., OF CALIFORNIA,<br><br>Respondent. | Case No.: CV 14 80266 MISC BLF PSG<br><br>STIPULATION AND ORDER TO RECALENDAR HEARING ON EEOC'S APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENA AND TO SET HEARING ON RESPONDENT'S MOTION TO QUASH OR MODIFY ADMINISTRATIVE SUBPOENAS |

It is HEREBY STIPULATED by and between the parties through their respective counsel of record, as follows:

1. Applicant, Equal Opportunity Employment Commission ("EEOC") filed with this Court a Certificate of Service indicating that on September 23, 2014 it had served Respondent, D'Arrigo Bros. Co. of California ("Respondent") by mail to its designated agent for service of process and to its counsel, Cook Brown, LLP, with a Notice of Hearing advising that a hearing on the EEOC's Application for Enforcement of Administrative Subpoena would be held on October 28, 2014 at 10:00 a.m. in Courtroom 5 of the United

STIPULATION TO RECALENDAR HEARING ON EEOC APPLICATION FOR ENFORCEMENT
(CV 14 80266 MISC BLF PSG)

1

**Filed by Fax**

States District Court, Northern District of California, San Jose Courthouse. Neither Respondent's designated agent for service of process nor its counsel ever received said Notice of Hearing.

2. On October 8, 2014, counsel for Respondent inadvertently learned of the October 28, 2014 hearing date when counsel contacted the Court Clerk with respect to Respondent's prospective filing of a Motion to Quash or Modify Administrative Subpoenas.

3. On October 9, 2014, counsel for Respondent contacted counsel for the EEOC and advised counsel for the EEOC that neither Respondent's designated agent for service of process nor Respondent's counsel had received the Notice of Hearing. Counsel for the EEOC agreed to provide the Notice of Hearing to counsel for Respondent via electronic mail.

4. On October 9, 2014, counsel for Respondent advised counsel for the EEOC that Respondent would be filing a Motion to Quash or Modify Administrative Subpoenas in this matter and intended to set said Motion for hearing on December 2, 2014.

5. Due to the lack of timely Notice to Respondent and its counsel of the October 28, 2014 hearing date on the EEOC's Application, it is agreed that the October 28, 2014 hearing on EEOC's Application to Enforce Administrative Subpoena is vacated and shall be recalendared, to be heard concurrently with Respondent's Motion to Quash or Modify Subpoenas.

6. Respondent's Motion to Quash or Modify Administrative Subpoenas and the EEOC's Application to Enforce Administrative Subpoena shall be heard concurrently on **December 2, 2014 at 10:00 a.m.** in Courtroom 5 of the United States District Court, Northern District of California, San Jose Courthouse.

7. Respondent shall file and serve its Motion to Quash or Modify Administrative Subpoenas in accordance with applicable Local Rules.

///
///
///

STIPULATION TO RECALENDAR HEARING ON EEOC APPLICATION FOR ENFORCEMENT
(CV 14 80266 MISC BLF PSG)
2

8. Respondent shall have until October 24, 2014 to file its Response and Opposition to the EEOC's Application to Enforce Administrative Subpoena.

**IT IS SO STIPULATED.**

DATED: October 9, 2014       COOK BROWN, LLP

By: *[signature]*
GEOFFREY F. GEGA, ESQ.
Attorneys for Respondent
D'ARRIGO BROS. CO., OF CALIFORNIA

DATED: October 7, 2014       U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: *[signature]*
JONATHAN T. PECK, ESQ.
PETER F. LAURA, ESQ.
Attorneys for Applicant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 14, 2014      *[signature]*
HON. PAUL S. GREWAL
United States District Court
Magistrate Judge

---

STIPULATION TO RECALENDAR HEARING ON EEOC APPLICATION FOR ENFORCEMENT
(CV 14 80266 MISC BLF PSG)

3